**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: ROMAD REALTY INC. | CASE NO.: 15–12644 |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 56–2662444 | CHAPTER: 11 |

---

# NOTICE TO CREDITORS AND INTERESTED PARTIES
# CHANGE OF CASE NUMBER AND COURT LOCATION

The above captioned Bankruptcy Case has been transferred to:

> United States Bankruptcy Court
> Southern District of New York
> 300 Quarraopas Street
> Room 248
> White Plains, NY 10601

The judge and case number have been changed to: **15–20007–RDD** .

All documents, pleadings and proofs of claim must be filed at the new address using the new case number and judicial initials.

Dated: September 28, 2015                    Vito Genna
                                             Clerk of the Court