# Notice Recipients

District/Off: 0208−1 | User: mlporter | Date Created: 9/28/2015
Case: 15−12644 | Form ID: 140 | Total: 8

**Recipients of Notice of Electronic Filing:**
aty     Arnold Mitchell Greene     amg@robinsonbrog.com

                                                  TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     ROMAD REALTY INC.     2201 DAVIDSON AVENUE     BRONX, NY 10453
ust     United States Trustee     Office of the United States Trustee     U.S. Federal Office Building     201 Varick Street, Room 1006     New York, NY 10014
smg     Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101−7346
smg     N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201−0551
smg     New York City Dept. Of Finance     345 Adams Street, 3rd Floor     Attn: Legal Affairs − Devora Cohn     Brooklyn, NY 11201−3719
smg     New York State Tax Commission     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205−0300
smg     United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007

                                                  TOTAL: 7