**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: ROMAD REALTY INC. | CASE NO.: 15–12644 |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 56–2662444 | CHAPTER: 11 |

# NOTICE TO CREDITORS AND INTERESTED PARTIES
# CHANGE OF CASE NUMBER AND COURT LOCATION

The above captioned Bankruptcy Case has been transferred to:

United States Bankruptcy Court
Southern District of New York
300 Quarraopas Street
Room 248
White Plains, NY 10601

The judge and case number have been changed to: **15–20007–RDD** .

All documents, pleadings and proofs of claim must be filed at the new address using the new case number and judicial initials.

Dated: September 28, 2015                              Vito Genna
                                                       Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:  Case No. 15-12644
ROMAD REALTY INC.  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1    User: mlporter    Page 1 of 1    Date Rcvd: Sep 28, 2015
                       Form ID: 140    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2015.
db           +ROMAD REALTY INC.,   2201 DAVIDSON AVENUE,    BRONX, NY 10453-1654
smg           N.Y. State Unemployment Insurance Fund,   P.O. Box 551,    Albany, NY  12201-0551
smg           New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
               Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY  11201-3719
smg           New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
               Albany, NY  12205-0300
smg          +United States Attorney's Office,   Southern District of New York,
               Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: cio.bncmail@irs.gov Sep 28 2015 19:14:10     Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA  19101-7346
ust          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 28 2015 19:14:11     United States Trustee,
               Office of the United States Trustee,   U.S. Federal Office Building,
               201 Varick Street, Room 1006,   New York, NY 10014-9449
                                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2015 at the address(es) listed below:
              Arnold Mitchell Greene    on behalf of Debtor    ROMAD REALTY INC. amg@robinsonbrog.com,
               rms@robinsonbrog.com;ls@robinsonbrog.com;cy@robinsonbrog.com
                                                                                             TOTAL: 1